BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE SOLANO-RAMIREZ,<br><br>Defendant. | CASE NO. 1:14-MJ-00003-SAB<br><br>MOTION AND PROPOSED ORDER TO UNSEAL PETITION FOR VIOLATION OF SUPERVISED RELEASE<br><br>DATE: January 9, 2014<br>TIME: 1:30 pm<br>COURT: Hon. Stanley A. Boone |

The defendant has been arrested based on a warrant issued by the Honorable Susan R. Bolton, United States District Judge for the District of Arizona. The warrant was issued on the basis of a petition from United States Probation Officer Daniel Prather that alleged that the defendant has violated conditions of supervised release that were imposed on or about July 25, 2011. It appears that the petition might have been sealed at the time the arrest warrant was issued. The defendant has now been arrested, so there is no need for the petition to remain sealed. Accordingly, the government now moves that the petition be unsealed.

Dated: January 9, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ DAVID L. GAPPA
DAVID L. GAPPA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>      v.<br><br>JOSE SOLANO-RAMIREZ,<br><br>               Defendant. | CASE NO. 1:14-MJ-00003-SAB<br><br>~~PROPOSED~~ ORDER TO UNSEAL PETITION FOR VIOLATION OF SUPERVISED RELEASE<br><br>DATE: January 9, 2014<br>TIME: 1:30 pm<br>COURT: Hon. Stanley A. Boone |

    The defendant has been arrested based on a warrant issued by the Honorable Susan R. Bolton, United States District Judge for the District of Arizona. The warrant was issued on the basis of a petition from United States Probation Officer Daniel Prather that alleged that the defendant has violated conditions of supervised release that were imposed on or about July 25, 2011. It appears that the petition might have been sealed at the time the arrest warrant was issued. The defendant has now been arrested, so there is no need for the petition to remain sealed. Accordingly, the petition is now unsealed.

SO ORDERED.

Dated: January 9, 2014

                                         _____<br>
                                         Honorable Stanley A. Boone<br>
                                         United States Magistrate Judge<br>
                                         Fresno, California